Adam J. Krolikowski (SBN 202946)
THE KROLIKOWSKI LAW FIRM
23441 S. Pointe Dr., Suite 210
Laguna Hills, CA 92653
T. (949) 269-1869
F. (949) 269-1868
Email: adam@usethelaw.com
Attorneys for Plaintiffs,
JAMES BASHORE and HOLLY HOANG

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| JAMES BASHORE and HOLLY HOANG, <br><br> Plaintiffs, <br><br> vs. <br><br> UNITED STATES OF AMERICA; and DOES 1 to 10, inclusive, <br><br> Defendants. | Case No. 8:21-CV-1010 <br><br> COMPLAINT FOR DAMAGES UNDER THE FEDERAL TORT CLAIMS ACT <br><br> Jury Trial Demanded. |

COME NOW Plaintiffs JAMES BASHORE and HOLLY HOANG and complain, aver, allege and set forth the following facts and causes of action against Defendants, UNITED STATES OF AMERICA and DOES 1 to 10, inclusive:

COMPLAINT FOR DAMAGES
- 1

## I.
## JURISDICTION

1. This action is brought pursuant to the Tort Claims Act, 28 U.S.C. § 2671 et seq. Jurisdiction is founded on 29 U.S.C. §§1346(b).

2. Plaintiffs submitted a timely claim for damages based on the allegations herein to the Department of the Navy for administrative settlement. After review, discussion and negotiation, the claim was expressly denied on April 30, 2021. A true and correct copy of the denial letter is attached hereto as "Exhibit A." Accordingly, Plaintiffs have complied with the requirements of the Federal Tort Claims Act for the timely filing of claims. Such claims having been denied, Plaintiffs hereby institute the present lawsuit.

## II.
## VENUE

3. Venue is proper in the Central District of California. The motor vehicle accident giving rise to this complaint occurred on Highway 395 in the City of Adelanto, County of San Bernardino, State of California, which is within the present judicial district.

## III.
## PARTIES

4. Plaintiffs JAMES BASHORE and HOLLY HOANG, (hereafter "PLAINTIFFS") are persons and at all relevant times were residents of Orange County, California.

5. At all times relevant herein, the Defendant THE UNITED STATES OF AMERICA is a governmental agency. The DEPARTMENT OF THE NAVY was and is an agency of the Defendant THE UNITED STATES OF AMERICA and is a branch of the United States armed forces with its headquarters in the Pentagon building in Washington, D.C.

6. PLAINTIFFS are ignorant of the true names and capacities of defendants

1  sued herein as DOES 1 through 10, inclusive. PLAINTIFFS will amend this
2  complaint to include their true names when same shall have been ascertained.
3  PLAINTIFFS are informed and believe and thereon allege that each said
4  fictitiously named defendant is responsible in some manner for the occurrences
5  herein alleged and that PLAINTIFFS' damages as herein alleged were proximately
6  caused by the negligence, reckless or intentional wrongful and tortious conduct of
7  such defendants.

## IV.
## FIRST CAUSE OF ACTION
## NEGLIGENCE
### (Against All Defendants)

12  7. PLAINTIFFS refer to and replead each and every allegation contained in
13  paragraphs 1 through 6 of this complaint, and by reference incorporate the same
14  herein and makes each a part thereof.

15  8. At all times herein mentioned, the highway of Highway 395 in the City of
16  Adelanto is a public highway traversing the County of San Bernardino, State of
17  California.

18  9. On June 29, 2018, at approximately 9:49 a.m., PLAINTIFFS were driving
19  lawfully on Highway 395 near Desert Flower in the City of Adelanto.

20  10. On June 29, 2018, at approximately 9:49 a.m., on Highway 395 near Desert
21  Flower in the City of Adelanto a 2015 Toyota 4Runner, CA License Number
22  7MYH814, (hereinafter the "SUBJECT VEHICLE") was operated by UNITED
23  STATES OF AMERICA federal government employees named JOHN
24  PANAGLIMA, CARLOS COLOSIO, and/or DOES 1 to 5, as they were in the
25  course and scope of their employment with Defendant UNITED STATES OF
26  AMERICA, DEPARTMENT OF THE NAVY.

27  11. At the time and place aforesaid, JOHN PANAGLIMA, CARLOS
28  COLOSIO, and/or DOES 1 to 5, and each of them was the agent and/or employee

of the Defendant UNITED STATES OF AMERICA, DEPARTMENT OF THE NAVY, acting within the scope of their authority and/or duty as agent and/or employee of the Defendant UNITED STATES OF AMERICA, DEPARTMENT OF THE NAVY, with the permission and consent of the Defendant UNITED STATES OF AMERICA, DEPARTMENT OF THE NAVY; and the Defendant UNITED STATES OF AMERICA, DEPARTMENT OF THE NAVY ratified each and every act done by JOHN PANAGLIMA, CARLOS COLOSIO, and/or DOES 1 to 5; and thus each named Defendant is in some way legally responsible for the damages hereinafter alleged.

12. At the time and place aforesaid, UNITED STATES OF AMERICA federal government employees JOHN PANAGLIMA, CARLOS COLOSIO, and/or DOES 1 to 5, and each of them, so negligently, carelessly, recklessly, wantonly, and unlawfully drove, operated, maintained, conducted, controlled and entrusted the SUBJECT VEHICLE as to directly and proximately cause the same to collide with PLAINTIFFS' vehicle.

13. The UNITED STATES OF AMERICA, DEPARTMENT OF THE NAVY federal government employees JOHN PANAGLIMA, CARLOS COLOSIO and/or DOES 1 to 5, and each of them, were driving negligently and carelessly, including but not limited to crossing into oncoming traffic and crashing into the PLAINTIFFS.

14. Further, at the date and time aforesaid, the UNITED STATES OF AMERICA, DEPARTMENT OF THE NAVY federal government employees JOHN PANAGLIMA, CARLOS COLOSIO and/or DOES 1 to 5, and each of them, while in sole control of the SUBJECT VEHICLE, failed to exercise the proper degree of knowledge and skill and so negligently, carelessly, recklessly, wantonly, and unlawfully operated their motor vehicle in violation of California Vehicle Code § 21460 proximately causing the motor vehicle collision and injuring Plaintiffs.

15. The UNITED STATES OF AMERICA agents and employees were also negligent in failing to keep attentive as to their whereabouts, speed, and oncoming traffic. Said Defendants' agents and employees knew or should have known that there was oncoming traffic and crossing into said oncoming traffic would be unsafe, all of which negligence, carelessness and recklessness constituted the proximate cause of the SUBJECT VEHICLE striking the Plaintiffs.

16. The UNITED STATES OF AMERICA agents and employees acted carelessly, recklessly, unskillfully, unlawfully, tortiously, wantonly and wrongfully entrusted, permitted, managed, serviced, repaired, inspected, maintained, operated, controlled, and drove the SUBJECT VEHICLE as to proximately cause the same to collide against the vehicle in which Plaintiffs JAMES BASHORE and HOLLY HOANG, were then driving, as aforesaid, thereby proximately causing the injuries and damages hereinafter mentioned.

17. Plaintiffs JAMES BASHORE and HOLLY HOANG suffered harm that ordinarily would not have occurred unless someone was negligent. The harm occurred while PLAINTIFFS were lawfully and carefully driving and their voluntary action did not cause or contribute to the events that harmed them.

18. As a direct and proximate result of the negligence, carelessness, recklessness, wantonness and unlawfulness of the UNITED STATES OF AMERICA agents and employees, and each of them, and the resulting incident, as aforesaid, Plaintiffs JAMES BASHORE and HOLLY HOANG sustained severe and serious injury to their person, all to PLAINTIFFS' damage in a sum within the jurisdiction of this Court and to be shown according to proof.

19. As a proximate result of each and all of the aforesaid acts and omissions of the Defendants, PLAINTIFFS were injured about their bodies and its members and were rendered sick, sore, lame and disabled, and were injured in health, strength and activity, a portion of said injuries being permanent. As a result of said injuries, PLAINTIFFS have had, and in the future will have, physical, mental and emotional

pain, suffering, worry and anxiety.

20. At all times herein mentioned, Plaintiffs JAMES BASHORE and HOLLY HOANG, were (and continue to be) lawfully married to each other.

21. As an actual, direct and proximate result of the conduct and crash alleged above, Plaintiff HOLLY HOANG has also sustained, among others, these damages: (1) Shock and severe fright upon realizing her peril and upon seeing her husband's bloodied head and limp body and continuing emotional distress caused thereby, all to her general damage in a sum in excess of $75,000.00; (2) Loss of Plaintiff JAMES BASHORE's care, comfort, companionship, society and moral support, all to her general damage in a sum in excess of $75,000.00.

22. By reason of said injuries, PLAINTIFFS incurred, and probably will incur in the future, hospital, surgical, ambulance, medical, nursing and household expenses, all to their further damage.

23. By reason of said injuries, PLAINTIFFS were unable to do their usual work for a period of time, have been unable to do a portion of their work since that time, will be partially disabled in the future and have sustained damage to their future earning capacity, all to their damage, according to proof.

24. By reason of said injuries, PLAINTIFFS have sustained damage to their future earning capacity, all to their further damage, according to proof.

25. As a proximate result of each and all of the aforesaid acts and omissions of the Defendants, PLAINTIFFS' vehicle sustained damage and was a total loss. By reason of said collision, PLAINTIFFS were deprived of the use of an automobile for a period of time, all to PLAINTIFFS' further damage, according to proof.

26. Plaintiffs seek damages as set forth below.

## PRAYER

WHEREFORE, Plaintiffs JAMES BASHORE and HOLLY HOANG pray for judgment against the Defendants, and each of them, as follows:

1.     General damages in the sum according to proof in excess of $75,000;

2. Special damages, including past and future medical expenses, lost wages, loss of earning capacity, pain and suffering, mental anguish, and all other appropriate damages resulting from their injuries;

3. For interest as provided by law;

4. Costs of suit; and

5. For such other and further relief as the Court deems just or proper.

THE KROLIKOWSKI LAW FIRM

Date: June 8, 2021

_____
Adam J. Krolikowski, Esq.
for Plaintiffs JAMES BASHORE
and HOLLY HOANG

## DEMAND FOR JURY TRIAL

Plaintiffs JAMES BASHORE and HOLLY HOANG hereby demands a jury trial in the above-entitled action.

THE KROLIKOWSKI LAW FIRM

Date: June 8, 2021

_____
Adam J. Krolikowski, Esq.
for Plaintiffs JAMES BASHORE
and HOLLY HOANG