UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**JS-6**

### CIVIL MINUTES – GENERAL

| | | | |
|---|---|---|---|
| Case No. | SACV 21-01010-FWS (ADSx) | Date | May 19, 2022 |
| Title | James Bashore et al v. United States of America | | |

PRESENT:

### HONORABLE FRED W. SLAUGHTER, UNITED STATES DISTRICT JUDGE

Melissa H. Kunig                          Not Reported
Deputy Clerk                                Court Reporter

ATTORNEYS PRESENT FOR PLAINTIFF:        ATTORNEYS PRESENT FOR DEFENDANT:

None Present                                None Present

**PROCEEDINGS:    (IN CHAMBERS) ORDER DISMISSING ACTION ON NOTICE OF SETTLEMENT**

The Court, having been notified by a Notice of Settlement [28] that the case settled, hereby orders this action dismissed without prejudice. The Court hereby orders all proceedings in the case vacated and taken off calendar.

The Court retains jurisdiction for thirty (30) days to vacate this order and to reopen the action upon showing of good cause that the settlement has not been completed.

_____ - _____ : _____ - _____

Initials of Deputy Clerk   mku

cc: